UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>STATE OF NEW MEXICO<br>and<br>NEW MEXICO ENVIRONMENT<br>DEPARTMENT,<br><br>    Plaintiffs,<br><br>        v.<br><br>CHEVRON MINING INC.,<br>    Defendant. | Civil Action No. 1:16-cv-00904-WPL<br>Hon.  WILLIAM P. LYNCH |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Plaintiffs United States, State of New Mexico and the New Mexico Environment respectfully move unopposed, pursuant to D.N.M.LR-Civ. 7.2, for leave to file their Memorandum in Support of the United States' Motion to Enter Consent Decree in excess of the page limit set forth in D.N.M.LR-Civ. 7.5.  The Memorandum is 39 pages long (plus attachments), addresses all of the relevant factual and legal issues involved in this case, and responds to each of the comments received during the public comment period.

The United States attempted to be as succinct as possible, but was unable to present its arguments relating to all of these issues within the 27-page limit.  Therefore, the Plaintiffs respectfully request that the Court grant this motion for leave to file its brief in excess of the page limit.  Counsel for Chevron Mining has agreed not to oppose this motion.  A proposed approved Order will be emailed to the Court.

Respectfully submitted,

KAREN DWORKIN
Deputy Chief
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice

/s/
_____
Nicole Veilleux
Senior Counsel
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel.: 202-616-8746
E-mail: Nicole.veilleux@usdoj.gov


James D. Tierney
Acting United States Attorney
District of New Mexico

/s/
_____
Howard Thomas
Assistant United States Attorney
District of New Mexico
Tel.: 505-224-1402
E-mail: Howard.Thomas@usdoj.gov

For the State of New Mexico:

Hector Balderas
Attorney General of
State of New Mexico

/s/ via email 4/17/2017
_____
William Grantham
Assistant Attorney General
Consumer & Environmental Protection Division

2

                       State of New Mexico
                       Office of the Attorney General
                       201 Third St. NW, Suite 300
                       Albuquerque, NM 87102
                       (505) 717-3520

For the New Mexico Environment Department:

                       /s/ via email 4/17/2017
                       _____
                       Jennifer L. Hower
                       Special Assistant Attorney General
                       General Counsel
                       New Mexico Environment Department
                       121 Tijeras Ave., NE, Suite 1000
                       Albuquerque, NM 87102-3400
                       Phone: (505) 222-9550
                       E-mail: Jennifer.hower@state.nm.us